

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-18-00284-CV

————————————————

IN RE DAVID GLEN HARRIS, Relator

————————————————

Original Proceeding
Trial Court No. 2011-PR00903-1-2

————————————————

Before Kerr, J.; Sudderth, C.J.; and Meier, J.
Per Curiam

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.   Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  September 17, 2018